THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOEL GRANT, Appellant

624

By his guilty plea, the defendant forfeited his right to appellate review of the denial of his motion to sever the counts of the indictment *(see, People v Mitchell,* 128 AD2d 731, *lv denied* 69 NY2d 1007; *People v Clavijo,* 126 AD2d 907, 908). Lawrence, J. P., Kunzeman, Eiber and Balletta, JJ., concur.